AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DEWSON PANDOAH,

        Plaintiff,

        v.

G. STEVENS HAMMOND and MAUREEN S. FAHEY,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5133-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's Motion, ECF No. 19, is GRANTED and the Complaint shall be DISMISSED WITHOUT PREJUDICE.

January 4, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia